IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE GUTIERREZ PULIDO,

    Petitioner,

v.

JEFF SESSIONS, U.S. Attorney General; JOHN KELLY, Secretary of Homeland Security; JUAN OSUNA, Acting Director, Executive Office for Immigration Review; ROBIN BARRETT, San Francisco ICE Field Office Director,

    Respondents.

No. C 17-03683 WHA

**ORDER TO SHOW CAUSE**

Petitioner Jose Gutierrez Pulido has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. 2241, challenging the denial of a bond hearing by an immigration judge. Petitioner is in the custody of Immigration and Customs Enforcement as part of an ongoing removal proceeding. Petitioner seeks habeas relief arguing that he is entitled to a bond hearing pursuant to *Diouf v. Napolitano*, 634 F.3d 1081 (9th Cir. 2011). Here, the claims appear potentially colorable under 28 U.S.C. § 2241 and merit an answer from respondents.

Respondents **SHALL SHOW CAUSE** why petitioner Jose Gutierrez Pulido's claim should not be granted, if that is their position, within **SIXTY DAYS** of receipt of this order. If respondents oppose the motion, petitioner shall have **THIRTY DAYS** from submission of the opposition to reply. The clerk shall **SERVE** this order on petitioner and respondents.

**IT IS SO ORDERED.**

Dated: August 9, 2017.

                                        WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE