IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE GUTIERREZ PULIDO,

    Petitioner,

    v.

JEFF SESSIONS, U.S. Attorney General;
ELAINE DUKE, Secretary of Homeland
Security; JUAN OSUNA, Acting Director,
Executive Office for Immigration Review;
ROBIN BARRETT, San Francisco ICE Field
Office Director,

    Respondents.

No. C 17-03683 WHA

**JUDGMENT**

For the reasons stated in the accompanying order, **JUDGMENT IS HEREBY ENTERED** in favor of petitioner Jose Gutierrez Pulido and against respondents Jeff Sessions, Elaine Duke, Juan Osuna, and Robin Barrett. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 21, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE